# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 3:25-mj-03789-MSB |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Alexander Torres | Booking No. 27264506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/15/2025 the Court entered the following order:

[X] Defendant be released from custody.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[X] Defendant released on $20,000 P/S + 1 FRA + $2,000 cash deposit Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

[ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other.

MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by M. Loza (619) 557-6695

**B. Sandoval - OK**

Crim-9 (Rev. 05/20)
Original

 Outlook

## Read: 25mj3789; Abstract (Alexander Torres)

**From** CAS Releases
**Date** Tue 7/15/2025 10:58 AM
**To** M Loza

 1 attachment (87 KB)
Read: 25mj3789; Abstract (Alexander Torres);


CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.